UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This document relates to: | Case No. 14-MD-01720 (MKB) (JO) |
| WAL-MART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES EAST, LP, WAL-MART STORES EAST, LLC, WAL-MART LOUISIANA, LLC, WAL-MART STORES ARKANSAS, LLC, SAM'S WEST, INC., SAM'S EAST, INC., WAL-MART.COM USA, LLC, VUDU, INC., INKIRU, INC., OZARK SPIRITS, LLC, GREEN RIVER SPIRITS, LLC, and QUALITY LICENSING CORP.,<br><br>                Plaintiffs,<br>v.<br><br>VISA U.S.A. INC., VISA INC., VISA INTERNATIONAL SERVICE ASSOCIATION, VISA EUROPE LIMITED and VISA EUROPE SERVICES INC.,<br><br>                Defendants. | Case No. 14-CV-02318 (MKB) (JO) |
| VISA U.S.A. INC., et al.<br><br>                Plaintiffs,<br>v.<br><br>WAL-MART STORES, INC.,<br><br>                Defendant. | Case No. 13-CV-3355 (MKB) (JO) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, on September 16, 2014, the parties to all actions in MDL 1720 filed a "Proposed Opt-Out/Declaratory Judgment Action Discovery Plan and Case Schedule" ("Discovery Plan") (ECF # 122-1);

WHEREAS, on September 23, 2014, a Status Conference was held before Magistrate Judge James Orenstein at which the Discovery Plan was approved (ECF # 127);

WHEREAS, on October 15, 2014, declaratory judgment plaintiffs Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively "Visa") served Interrogatories and Requests for Production and Inspection of Documents on declaratory judgment defendant Wal-Mart Stores, Inc. in the matter of *Visa U.S.A. Inc., et al. v. Wal-Mart Stores, Inc.*, Case No. 13-CV-3355 (MKB) (JO);

WHEREAS, also on October 15, 2014, opt-out defendants Visa served Interrogatories and Requests for Production and Inspection of Documents on all opt-out plaintiffs in the matter of Wal-Mart Stores, Inc., et al. v. Visa U.S.A. Inc., et al., Case No. 14-CV-02318 (MKB) (JO);

WHEREAS, the Discovery Plan sets forth dates of December 15, 2014; January 15, 2015; February 15, 2015; April 1, 2015; and April 15, 2015 on which the responding party must provide information responsive to various aspects of the discovery requests;

WHEREAS, in November and December, 2014, Visa and Wal-Mart conferred and agreed and stipulated to extend the deadlines cited above (and only those deadlines) by sixty (60) days with respect to the discovery requests served by Visa on October 15, 2014;

WHEREAS, the parties' Stipulation and Proposed Order was approved by the Court on December 2, 2014 (ECF # 156);

WHEREAS, in February, 2015, Visa and Wal-Mart conferred and agreed and stipulated to extend the deadlines cited above (and only those deadlines) by an additional sixty (60) days with respect to the discovery requests served by Visa on October 15, 2014;

WHEREAS, the parties' Stipulation and Proposed Order was approved by the Court on February 9, 2015 (ECF # 201);

WHEREAS, Visa and Wal-Mart have conferred and have agreed and stipulated to extend the deadlines cited above (and only those deadlines) by an additional thirty (30) days with respect to the discovery requests served by Visa on October 15, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties:

1. The Discovery Plan deadlines of December 15, 2014; January 15, 2015; February 15, 2015; April 1, 2015; and April 15, 2015 on which the responding party must provide information responsive to various aspects of the discovery requests are extended by an additional thirty (30) days with respect to declaratory judgment defendant Wal-Mart Stores, Inc. in the matter of *Visa U.S.A. Inc., et al. v. Wal-Mart Stores, Inc.*, and all opt-out plaintiffs in the matter of *Wal-Mart Stores, Inc., et al. v. Visa U.S.A. Inc., et al.*

2. Nothing in this Stipulation and Proposed Order shall prejudice the parties' ability to seek leave of the Court for additional extensions of time in the future.

3. This Stipulation may be executed in counterparts and facsimile signatures shall be deemed valid and original signatures.

DATED: New York, New York
April __, 2015

DOWD BENNETT LLP

By: /s/ James F. Bennett
James F. Bennett
John D. Comerford
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
(314) 889-7300 (telephone)
(314) 863-2111 (facsimile)
jbennett@dowdbennett.com
jcomerford@dowdbennett.com

Paul H. Schoeman
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9264 (telephone)
(212) 715-8064 (facsimile)
pschoeman@kramerlevin.com

*Attorneys for opt out Plaintiffs Wal-Mart Stores, Inc. et al.*

HOLWELL SHUSTER & GOLDBERG LLP

By: /s/ Michael S. Shuster
Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: (646) 837-5151
Email: mshuster@hsgllp.com

ARNOLD & PORTER LLP

Robert J. Vizas
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111-4024
(415) 471-3311
robert.vizas@aporter.com

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, NW
Washington, DC 20004-1206
(202) 942-5321
(202) 942-6606
mark.merley@aporter.com
matthew.eisenstein@aporter.com

Robert C. Mason
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000
robert.mason@aporter.com

*Attorneys for opt out Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

So ordered:

_____
Hon. Margo K. Brodie

Dated: _____