UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*Visa U.S.A. Inc., et al. v. Wal-Mart Stores, Inc.*, No. 13-cv-03355 (E.D.N.Y.) (MKB) (JO). | No. 05-md-01720 (MKB) (JO)<br><br>PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

    WHEREAS plaintiffs Visa U.S.A. Inc., Visa Inc., and Visa International Service Association (collectively the "Plaintiffs"), which are all of the plaintiffs in the action *Visa U.S.A. Inc., et al. v. Wal-Mart Stores, Inc.*, No. 13-cv-03355 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their claims against the defendant in the *Visa U.S.A.* action, Wal-Mart Stores, Inc. (the "Defendant"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that Plaintiffs' claims and action against the Defendant be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: November 2, 2017.

        **ARNOLD & PORTER KAYE SCHOLER LLP**

        By: /s/ Robert Mason
        Robert C. Mason
        250 West 55th Street
        New York, NY 10019
        (212) 836-8000
        robert.mason@apks.com

        Robert J. Vizas
        Three Embarcadero Center, 10th Floor
        San Francisco, CA 94111

        Mark R. Merley
        Matthew A. Eisenstein
        601 Massachusetts Avenue, NW
        Washington, DC 20001

        **HOLWELL SHUSTER & GOLDBERG LLP**

        Michael S. Shuster
        Demian A. Ordway
        750 Seventh Avenue, 26th Floor
        New York, NY 10019
        (646) 837-5151
        mshuster@hsgllp.com

        *Attorneys for Plaintiffs Visa U.S.A. Inc., Visa Inc., and Visa International Service Association*

        **DOWD BENNETT LLP**

        By: /s/ James F. Bennett
        James F. Bennett
        John D. Comerford
        7733 Forsyth Blvd., Suite 1900
        St. Louis, MO 63105
        (314) 889-7300
        jbennett@dowdbennett.com

**SUSMAN GODFREY L.L.P.**

Neal S. Manne
1000 Louisiana, Suite 5100
Houston, TX  77002-5096
(713) 651-9366
nmanne@susmangodfrey.com

Drew D. Hansen
1201 Third Avenue, Suite 3800
Seattle, WA  98101-3880
(206) 516-3880
dhansen@susmangodfrey.com

Arun Subramanian
Stephen Shackelford
Cory Buland
560 Lexington Avenue, 15th Floor
New York, NY  10022-6828
asubramanian@susmangodfrey.com
sshackelford@susmangodfrey.com
cbuland@susmangodfrey.com

*Attorneys for Defendant Wal-Mart Stores, Inc.*

SO ORDERED:
s/ MKB 11/03/2017

_____
MARGO K. BRODIE
United States District Judge

3